**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LINDA IBANEZ,**

        **Plaintiff,**

**-vs-**                              **Case No. 6:10-cv-1219-Orl-28DAB**

**MARRIOTT OWNERSHIP RESORTS, INC.,**

        **Defendant.**
_____

# ORDER

This case is before the Court on the Joint Motion to Add Parties and for Approval of Settlement (Doc. No. 61) filed February 13, 2012.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Notice of Non-Objection to the Report and Recommendation filed by the Parties (Doc. No. 65), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed April 24, 2012 (Doc. No. 64) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Joint Motion to Add Parties and For Approval of Settlement (Doc. No. 61) is **GRANTED**.

3.    The Court finds the settlement to be a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act issues.

4. This case is dismissed with prejudice.

5. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___18th___ day of May, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

JOHN ANTOON II
United States District Judge